No. 96–6713 (A–356).  BEAVER v. NETHERLAND, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to

the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.